1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-6753
        wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

**DEC 2 0 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13                                        CR13-0775 MEJ
   UNITED STATES OF AMERICA      )   NO. 13-MAG-00775-MEJ
14                               )
        v.                       )
15                               )   NOTICE OF DISMISSAL
                                 )
16  WILLIE LEE,                  )
                                 )
17      Defendant.               )
                                 )
18  _____  )

19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above-captioned criminal complaint
                                                                                              information

22  without prejudice.

23
   DATED: December 19, 2013              Respectfully submitted,
24
                                         MELINDA HAAG
25                                       United States Attorney

26
                                         /s/
27                                       W.S. WILSON LEUNG
                                         Deputy Chief, Strike Force and Violent Crimes Unit
28

   NOTICE OF DISMISSAL (CR 00-101-JSW)

Leave is granted to the government to dismiss the ~~complaint~~. information

Date: 12-20-13

HON. MARIA ELENA JAMES
United States Magistrate Judge
Hon. Jacqueline Scott Corley

NOTICE OF DISMISSAL (CR 00-101-JSW)